**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | CR 03-1305-001-PCT-FJM |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| Gerardo Martinez, | ) | **ORDER** |
| Defendant. | ) | |

A pretrial revocation hearing on the petition on violation of release conditions was held on June 23, 2006.

**THE COURT FINDS** that the Defendant knowingly, intelligently, and voluntarily waives his right to a revocation hearing pursuant to Title 18, U.S.C. § 3148.

**THE COURT FURTHER FINDS** by clear and convincing evidence that the Defendant has violated the following terms of his release order signed by Mr. Martinez on July 19, 2004: (1) the term that requires him to appear at all proceedings as required and he failed to appear for his trial on February 10, 2005, (2) the term that requires that he not travel outside of Maricopa County unless he has the express prior approval from the Court or Pretrial Services, and (3) the term that he shall avoid all direct or indirect contact with family members of the victim.

**THE COURT FURTHER FINDS** that it is unlikely that the Defendant would comply with new conditions of release that require him to follow the conditions of his release order.

**THE COURT FURTHER FINDS** that the Defendant is a serious flight risk and that he shall be detained is there is no condition or combination of conditions that would reasonably assure his appearance if he were released.

**IT IS ORDERED** that the Defendant shall be detained pending further order of the Court.

DATED this 30th day of June, 2006.

_____
Lawrence O. Anderson
United States Magistrate Judge